MARGARET MURRAY v. BARNEGAT LIGHTHOUSE, BARNE-GAT, NEW JERSEY, AND THE STATE OF NEW JERSEY.

December 15, 1985.

This matter having been duly presented to the Court, and counsel for the plaintiffs having advised the Court that no complaint in this matter was ever filed, and good cause otherwise appearing;

It is ORDERED that the within appeal is dismissed as moot (see 101 *N.J.* 305 (1985)).

STATE OF NEW JERSEY v. DONALD SCHAIBLE.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. PEDRO LOPEZ.

December 18, 1985.

Petition for certification granted and the matter is summarily remanded for resentencing before a different judge to be selected by the assignment judge.

Jurisdiction is not retained.